UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Civil No. 6:16-cv-1302-Orl-37-TBS

Pirtek USA, LLC,

          Plaintiff,

vs.

Michael J. Twillman, Dolores M. Twillman
and Donald J. Twillman,

          Defendants.

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

COMES NOW, Plaintiff Pirtek USA, LLC ("Plaintiff") pursuant to Local Rule 3.01(j), and requests that oral argument be had on Plaintiff's Motion For Preliminary Injunction And Supporting Memorandum Of Law and exhibits filed July 20, 2016. Plaintiff estimates that the time required for oral argument should be no more than thirty (30) minutes.

Plaintiff and its counsel have conflicts on July 28, 2016 through August 8, 2016, as well August 17, 18, and 19, 2016, and ask that, if possible, the hearing not be scheduled on those dates.

Respectfully Submitted on July 20, 2016.

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**
SunTrust Center
200 South Orange Ave., Ste. 2900
Post Office Box 1549 (32802)
Orlando, FL 32801
Tel: (407) 422-6600
Fax: (407) 841-0325

By: /s/ _____
James M. Talley
Florida Bar No. 331961
jtalley@bakerdonelson.com
vmcfarland@bakerdonelson.com
fedcts@bakerdonelson.com
Kyle A. Diamantas
Florida Bar No. 106916
kdiamantas@bakerdonelson.com
sdenny@bakerdonelson.com
fedcts@bakerdonelson.com

Of Counsel (*Pro hac vice* applications to be submitted):

**FAEGRE BAKER DANIELS LLP**
William L. Killion (MN Atty# 55700)
Nathan Brennaman (MN Atty # 0331776)
*Pending admission pro hac vice*
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
erin.verneris@faegrebd.com
william.killion@faegrebd.com

***Counsel for Plaintiff***

O KAD01 806790 v1
2616900-012353 07/20/2016