UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Pirtek USA, LLC

    Plaintiff,

v.

Michael J. Twillman, Dolores M. Twillman, and Donald J. Twillman,

    Defendants.

Civil No. 6:16-cv-01302-RBD-TBS

**PIRTEK USA, LLC'S MOTION FOR WITHDRAWAL OF ITS MOTION FOR ATTORNEY'S FEES, [DOC. 65], WITHOUT PREJUDICE, OR IN THE ALTERNATIVE, FOR AN ENLARGEMENT OF TIME FOR THE FILING OF THE FEES MOTION, AND SUPPORTING MEMORANDUM OF LAW**

**MOTION**

Pirtek moves the Court for an Order granting it leave to withdraw its Motion for Attorney's Fees ("Fee Motion"), Doc. 65, without prejudice, on the basis that Pirtek accepts the Twillmans' argument that its request for such fees is premature and that it should seek such fees at the conclusion of the case. In the event the Court will not allow withdrawal of Pirtek's Fee Motion, in the event the Court holds that Pirtek should have brought its Fee Motion pursuant to Rule 54, and in the event the Court rejects Pirtek's argument that it met the timing requirement of Rule 54, Pirtek moves in the alternative, pursuant to Federal Rule of Civil Procedure 6(b), for an enlargement of time, and that the Court thereby consider the pending Fee Motion to be timely.

**ARGUMENT**

**I.    Pirtek Requests that It Be Allowed to Withdraw its Fee Motion Without Prejudice.**

The Twillmans argue in their Response to Pirtek's Fee Motion that Pirtek's request for fees is premature. *See* Doc. 78, pp. 5-7. After review of that argument and further

1

consideration of the procedural posture of this case, Pirtek agrees, and now moves to withdraw its Fee Motion without prejudice to seek such fees at the conclusion of the case.[1] Pirtek incorporates herein by reference its argument regarding the withdrawal of its Fee Motion from its Consolidated Reply brief, which is being filed at the same time as this Motion.

**II.  In the Alternative, If the Court Does Not Allow Withdrawal of the Fee Motion, If the Court Believes that Pirtek Should Have filed Its Fee Motion Under Rule 54, and if the Court Rejects Pirtek's Argument that its Motion in Fact Meets the Requirements of Rule 54, then Pirtek Moves for an Enlargement of Time Under Rule 6(b).**

Pirtek brings this Motion for an enlargement of time under Fed. R. Civ. P. 6(b) in the alternative, and only if the Court: 1) does not allow Pirtek to withdraw its motion for fees without prejudice; 2) finds that Pirtek was required to have brought its Fees Motion under Rule 54;[2] and 3) rejects Pirtek's argument that pursuant to the definition of "judgment" in Rule 54, Pirtek did, in fact, bring its Fees Motion within the 14 day period specified in Rule 54.[3] If the Court reaches this request for alternative relief, Pirtek requests that pursuant to Rule 6(b), the Court enlarge Pirtek's time for filing its Fee Motion by the two days it was late under Rule 54, and thereby accept Pirtek's Fees Motion as timely. Pirtek incorporates by reference its argument with respect to enlargement of time under Rule 6(b) from its Reply brief, which is being filed at the same time as this Motion.

---

[1] The Court could alternatively dismiss Pirtek's Fee Motion without prejudice, in which case this Motion would be moot.

[2] As argued in its Reply brief for its Fees Motion, Pirtek does not believe that it would have been proper for it to bring its fee motion under Rule 54.

[3] As argued in its Reply brief for its Fees Motion, Pirtek believes that because the injunction was not effective until the posting of the bond, it was not a "judgment" for purposes of Rule 54 until October 21, 2016—just five days before Pirtek filed its Fees Motion.

## CONCLUSION

For the reasons above, Pirtek requests that the Court allow it to withdraw its Fee Motion without prejudice to seek such fees at the end of the case. In the alternative, if the Court will not allow withdrawal, if the Court believes that Pirtek's fee motion should have been bought under Rule 54, and if the Court rejects Pirtek's arguments that it filed within the 14-day period specified by Rule 54, then Pirtek asks that the Court enlarge the time for filing by two days under Rule 6(b), and consider Pirtek's Fees Motion to be timely.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Plaintiff conferred via telephone with counsel for Defendants regarding the relief sought in this motion. The parties were unable to come to a resolution regarding same.

/s/ *James M. Talley*
James M. Talley

Date: November 28, 2016              **BAKER, DONELSON, BEARMAN,**
                                     **CALDWELL & BERKOWITZ, PC**
                                     SunTrust Center
                                     200 South Orange Ave., Ste. 2900
                                     P.O. Box 1549 (32802)
                                     Orlando, FL 32801
                                     Tel: (407) 422-6600
                                     Fax: (407) 841-0325

                                     By /s/ *James M. Talley*
                                        JAMES M. TALLEY
                                        Florida Bar No.: 331961
                                        jtalley@bakerdonelson.com
                                        fedcts@bakerdonelson.com
                                        KYLE A. DIAMANTAS
                                        Florida Bar No.: 106916
                                        kdiamantas@bakerdonelson.com

                                     FAEGRE BAKER DANIELS
                                     William L. Killion, MN # 55700
                                     Nathan A. Brennaman, MN # 0331776
                                     2200 Wells Fargo Center,
                                     90 South Seventh Street
                                     Minneapolis, MN 55402-3901
                                     (612) 766-7000

                                     Attorneys for Pirtek USA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 1016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

Glenn Davis
HeplerBroom LLC
211 N. Broadway, Suite 2700
St. Louis, MO 63102
314/241-6160
Fax: 314/241-6116
Email: ged@heplerbroom.com

Usher L. Brown
Greenspoon Marder, PA
201 E Pine St Ste 500
Orlando, FL 32801-2718
407/425-6556
Fax: 407/425-6583
Email: larry.brown@gmlaw.com

/s/ *James M. Talley*
James M. Talley